# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF OKLAHOMA

| | |  |
|---|---|---|
| TAMARA K. REDNOSE, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| -vs- | ) | Case No. CIV-13-752-F |
| | ) | |
| CAROLYN W. COLVIN, | ) | |
| Acting Commissioner of Social | ) | |
| Security Administration, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

United States Magistrate Judge Gary M. Purcell issued a Report and Recommendation on September 30, 2014, recommending that the final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff, Tamara K. Rednose's applications for disability insurance and supplemental security income benefits be affirmed.

Presently before the court is plaintiff's timely objection to the Report and Recommendation. Having conducted a *de novo* review of the matter in accordance with 28 U.S.C. § 636(b)(1), the court concurs with the analysis of Magistrate Judge Purcell and finds plaintiff's arguments in support of her objection to be without merit. Therefore, the court accepts, adopts and affirms the Report and Recommendation in its entirety.

Accordingly, the Report and Recommendation issued by United States Magistrate Judge Gary M. Purcell is **ACCEPTED**, **ADOPTED** and **AFFIRMED**. The final decision of defendant, Carolyn W. Colvin, Acting Commissioner of the Social Security Administration, denying plaintiff, Tamara K. Rednose's applications

for disability insurance and supplemental security income benefits is **AFFIRMED**. Judgment shall issue forthwith.

DATED November 7, 2014.

STEPHEN P. FRIOT
UNITED STATES DISTRICT JUDGE

13-0752p001.wpd